# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | U.S. vs. Osideko, Olukorede |

FOR / AT: (blank)

**LOCATION NUMBER:** 04CR905

**DOCKETED** OCT 1 5 2004

**PERSON REPRESENTED** (Show your full name): (blank)

- 1 ☒ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate:
District Court:
Court of Appeals:

**FILED** OCT 1 4 2004
MICHAEL W. DOBBINS
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Drive Limo -- Amms Limosine
- IF YES, how much do you earn per month? $ Approx. 2,500.00
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 2000 (crossed out)
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: N/A

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 200.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $ 165,000 - has mortgage -- single family home 1232 N. Menard - Chicago

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED (SINGLE / WIDOWED / SEPARATED OR DIVORCED)
- Total No. of Dependents: 4
- List persons you actually support and your relationship to them:
  1. T'changa Osideko - 19
  2. Stacey Osideko - 16
  3. Laredson Osideko - 15
  4. Anu Osideko - 9

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| 1. Mortgage | | $ | $ 1,100.00 |
| 2. Utilities | | $ | $ 300.00 |
| 3. Insurance | | $ 450.00 | $ |
| 4. | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 10-14-04

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): [signature]